UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALO CRUZ,<br><br>                Plaintiff,<br><br>    -against-<br><br>QPP LLC,<br><br>               Defendant. | 24-CV-06609 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The case management plan (ECF 30) required the parties to file on July 1, 2025 a monthly joint update on the status of discovery. The parties next update is due on **August 22, 2025**. The August 22 update shall include the status of outstanding fact discovery, and indicate whether a Court-annexed mediation or settlement conference would be productive prior to the close of all fact discovery.

DATED:    New York, New York
               August 6, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge