UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALO CRUZ,<br><br>                Plaintiff,<br><br>   -against-<br>QPP LLC,<br><br>                Defendant. | 24cv06609 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      For the reasons stated at the discovery conference on August 28, 2025, the letter-motion for a conference at ECF 34 is GRANTED IN PART AND DENIED IN PART as follows: the parties have resolved their document production issue as a result of Plaintiff's representation that he has performed a diligent search and has no relevant documents; Plaintiff shall file supplemental responses to his interrogatory responses and verify those responses by **September 5, 2025**; and Plaintiff shall file his motion to amend the complaint by **September 5, 2025**, with Defendants' opposition being due by **September 26, 2025**, and Plaintiff's reply being due **October 10, 2025**.

      The Clerk of Court is respectfully requested to terminate ECF 34.

DATED:  August 28, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge