UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALO CRUZ,<br><br>                   Plaintiff,<br><br>    -against-<br><br>QPP LLC,<br><br>                  Defendant. | 24cv06609 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties are directed to file a proposed briefing schedule on the docket for the anticipated motion for summary judgment by **January 20, 2026.**

DATED:  January 16, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge