# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**March 9, 2026**

Application **GRANTED**. The parties' motions for summary judgment shall be filed by **April 21, 2026**. Opposition papers shall be filed by **June 19, 2026**; and replies, if any, shall be filed by **July 3, 2026**. I do not anticipate granting any further extensions.

The Clerk of Court is respectfully requested to terminate ECF 50.

**Via ECF**

Hon. Robyn F. Tarnofsky, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

Dated: March 10, 2026
New York, NY

SO ORDERED

_____
**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

**Re: Cruz v. QPP LLC**
**Case #: 24-CV-06609 (VSB)(RFT)**
**Motion for Extension of Time**

Dear Magistrate-Judge Tranofsky:

My firm represents plaintiff Galo Cruz ("Plaintiff"), in the above-referenced action, and I respectfully write on behalf of both parties in this action to request a 30-day extension of the March 20, 2026, deadline for the parties to file their motion for summary judgment to April 21, 2026. This request is being made because the parties were only able to complete exchange of the deposition transcripts this week, and the additional time is needed to complete finalize motion papers for filing and final client review. No prior request for an extension of this deadline was made. A corresponding extension of the May 4, 2026 and May 19, 2026 deadlines to June 19, 2026 and July 3, 2026 respectively is also requested.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

cc:     **Defense Counsel via ECF**

1