UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALO CRUZ,<br><br>                    Plaintiff,<br><br>          -against-<br><br>QPP LLC,<br><br>                    Defendant. | 24-CV-6609 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties' filing under *Cheeks* is due by **April 30, 2026**. The deadline for filing a summary

judgment motion is adjourned sine die.

DATED:  April 9, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge