# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**April 30, 2026**

**Via ECF**

Hon. Robyn F. Tarnofsky, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

> **Re: Cruz v. QPP LLC**
> **Case #: 24-CV-06609 (VSB)(RFT)**
> **Motion for Extension of Time**

Dear Magistrate-Judge Tranofsky:

My firm represents plaintiff Galo Cruz ("Plaintiff"), in the above-referenced action, and I respectfully write with the consent of opposing counsel to request a brief one-week extension of the April 30, 2026 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to arrange for signatures – the settlement agreement is now finalized and Plaintiff has already signed. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

cc:    **Defense Counsel via ECF**

Application **GRANTED**. Plaintiff's deadline to file his motion for settlement approval is extended one week to **May 7, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 54.

Dated: May 1, 2026
    New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

1