UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
GALO CRUZ,                                                 :
                                                           :
                              Plaintiff,                   :
                                                           :                24-CV-6609 (VSB)
               - against -                                 :
                                                           :                    **ORDER**
QPP LLC,                                                   :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
VERNON S. BRODERICK, United States District Judge:

        The parties in this action consented to Magistrate Judge Robyn F. Tarnofsky's

jurisdiction for the purpose of resolving the motion for *Cheeks* approval, (Doc 60), after

Magistrate Judge Tarnofsky issued a Report & Recommendation recommending that I grant the

*Cheeks* motion to approve the parties' settlement and approve the settlement agreement as fair

and reasonable, (Doc. 58).  On May 19, 2026, Magistrate Judge Tarnofsky issued an order

granting the motion for *Cheeks* approval and approving the settlement agreement as fair and

reasonable for the reasons set out in her Report & Recommendation.  (Doc. 61.)

        Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)

and I shall retain jurisdiction solely for the purpose of enforcing the Settlement Agreement.

        The Clerk of Court is respectfully directed to close this action.

SO ORDERED.

Dated: May 20, 2026
        New York, New York

                                          _____
                                          Vernon S. Broderick
                                          United States District Judge